Nathan Fransen, Bar #242867
Matthew Tye, Bar #232873
FRANSEN AND MOLINARO, LLP
1101 California Avenue, Suite 102
Corona, CA 92881
Telephone: (951) 520-9684
Fax: (951) 284-1089

Attorneys for Plaintiff,
Monireh Bozorgi

FILED
08 MAR 24 PM 2:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:   CP   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIREH BOZORGI<br><br>Plaintiff<br><br>v.<br><br>EMVEST MORTGAGE FUND II, LLC, AND DOES 1-10<br><br>Defendants | Case No. '08 CV 0547 JAH CAB<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL<br><br>1. TRUTH IN LENDING ACT & HOME OWNERS EQUITY PROTECTION ACT VIOLATIONS<br><br>2. CALIFORNIA COVERED LOAN LAW VIOLATIONS |

## JURISDICTION

1. Jurisdiction is conferred on this Court as to claims under the Truth in Lending Act ("TILA") and the Home Owners Equity Protection Act ("HOEPA") by 15 U.S.C. § 1640(e) and 28 U.S.C. § 1331. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

**PLAINTIFFS HEREIN ALLEGE THAT:**

## PARTIES

2. The Plaintiff, Monireh Bozorgi, (hereafter "Plaintiff") is a natural person, and is, and at all times relevant was, residing at 11892 Meajean Place, San Diego, CA 92129. (hereafter "the property")

3. Defendant Emvest Mortgage Fund II, LLC (hereafter "Emvest"), is and at all times relevant was a California LLC organized and existing under the laws of California, with a principal place of business at 591 Camino De La Reina Ste 928, San Diego, CA 92108.

4. Plaintiffs believe and thereon allege that at all times relevant hereto, Defendants, in the ordinary course of business, regularly extended or offered to extend consumer credit for which a finance charge is or may be imposed or which, by written agreement, is payable in more than four installments, and thus Defendants are Creditors for purposes of the Truth In Lending Act, 15 U.S.C. 1602(f).

5. At all times herein mentioned each Defendant was the agent or employee of each and all of the other Defendants and was acting within the course and scope of such agency or employment.

6. That the true names or capacities, whether individual, corporate, associate, or otherwise of Defendants, DOES 1 through 10, inclusive, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names and capacities and will amend this Complaint to show their true names and capacities when the same have been ascertained.

## FACTUAL ALLEGATIONS

7. On or about May 17, 2006, Plaintiff signed a mortgage with Emvest: a five year interest only note for $70,000.00 at 15% interest with closing costs of $11,586.31.

8. Emvest provided Plaintiff with HOEPA disclosures on May 17, 2006, the day of the loan signing. The APR indicated on the disclosures was 20.24%.

9. The mortgage terms included a balloon payment at the end of a 5 year term, and the disclosures required by the California Covered Loan Law were not made.

10. At the loan signing, Plaintiff was not given copies of her "Notice of Right to Cancel" forms, the rescission notice required under TILA under 12 C.F.R. § 226.23.

11. On or about March 12, 2008, Plaintiff sent Emvest a letter demanding rescission pursuant to TILA. Emvest did not rescind the mortgage within 20 days as required under TILA.

## FIRST CAUSE OF ACTION

### Against all Defendants, for Violations under TILA & HOPEPA

12. Plaintiffs reallege and incorporate herein by reference each and every allegation set forth in paragraphs 1 through 11.

13. The rescission notices required by 12 C.F.R. § 226.23 were not provided by Emvest to Plaintiff. Failure to do so extends the Plaintiffs' right of rescission for up to three years, instead of ending after three days.

14. Plaintiffs believe and thereon allege that this loan transaction was subject to the borrower's extended right of rescission as described by 15 U.S.C. § 1635 and 12 C.F.R. § 226.23.

15. Plaintiffs are able to tender for purposes of rescission under TILA.

16. More than twenty days passed following Plaintiffs' rescission notice, and Emvest refused to rescind the mortgage.

17. This mortgage is subject to HOEPA because the APR exceeds by more than ten (10) percentage points the yield on Treasury securities having comparable periods of maturity on the 15th day of the month immediately preceding the

month in which the application for the extension of credit is received by the creditor, and because the total points and fees payable by the consumer at or before closing exceeded 8 percent of the total loan amount.

18. The HOEPA disclosures required by 15 U.S.C. § 1639(a) must be provided not less than three business days prior to the loan signing. Plaintiff was not provided with these disclosures until May 17, 2006, at the loan signing.

19. Under 15 U.S.C. § 1640(a) any creditor who fails to comply with any requirement under TILA and HOEPA is liable for actual damages, the sum of all finance charges and fees paid by the consumer, and costs, and attorney's fees.

## SECOND CAUSE OF ACTION
**Against all Defendants, for Violations under California Financial Code § 4970**

20. Plaintiffs reallege and incorporate herein by reference each and every allegation set forth in paragraphs 1 through 11.

21. This mortgage is subject to California Financial Code § 4970 because the APR exceeds by more than eight (8) percentage points the yield on Treasury securities having comparable periods of maturity on the 15th day of the month immediately preceding the month in which the application for the extension of credit is received by the creditor, and because the total points and fees payable by the consumer at or before closing exceeded 6 percent of the total loan amount.

22. California Covered Loan Law forbids balloon payments for loans with a term of five years or less. This mortgage has a term of five years, ending with a balloon payment, therefore it violates Cal. Fin. Code § 4973(b)(1).

23. The California Covered Loan Law disclosure was not made, in violation of Cal. Fin. Code § 4973(k).

24. Defendants' conduct was malicious and oppressive in that it was despicable

subjecting Plaintiff to the loss of her home in willful and conscious disregard to her rights under state and federal law.

**WHEREFORE PLAINTIFFS PRAY JUDGMENT AS FOLLOWS:**

FOR THE FIRST CAUSE OF ACTION, 15 U.S.C. § 1640:

A. Rescission of the transaction, including a declaration that Plaintiff is not liable for any finance charges or other charges imposed by Defendants and third parties;

B. A declaration that the security interest in Plaintiff's property created under the transaction is void, and an order requiring Defendants to release such security interest;

C. Return of any money or property given by Plaintiff to anyone, including Defendants, in connection with the transaction;

D. Statutory damages of $2,000 per violation as determined at trial.

E. An order that Plaintiff has no duty to tender the loan proceeds to Defendants, but in the alternative, if tender is required, a determination of the amount of the tender obligation in light of all of the Plaintiff's claims, and an order requiring the Defendants to accept tender on reasonable terms and over a reasonable period of time;

F. Enjoin Defendants during the pendency of this action, and permanently thereafter, from instituting, prosecuting, or maintaining foreclosure proceedings on the Plaintiffs' property, and/or reporting any negative information to Plaintiffs' credit;

G. The sum of all finance charges paid by Plaintiff;

H. Actual damages in an amount to be determined at trial; and

I. An award of reasonable attorney's fees and costs, pursuant to 15 U.S.C. § 1640(a)(3);

FOR THE SECOND CAUSE OF ACTION, Cal. Fin. Code § 4978:

1. J. The greater of $15,000 in statutory damages or actual damages in an amount to be determined at trial;
2. K. Punitive damages; and
3. L. An award of reasonable attorney's fees and costs;

FOR ALL CAUSES OF ACTION

M. For costs of suit; and

N. For such other and further relief as the court may deem proper.

A JURY TRIAL IS DEMANDED.

Dated: March 17, 2008        By: _____

Matthew Tye
Attorney for Plaintiff

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 149045      - SH

March 24, 2008
15:01:14

Civ Fil Non-Pris
USAO #.: 08CV0547
Judge..: JOHN A HOUSTON
Amount.:                $350.00 CK
Check#.: BC210926

Total-> $350.00

FROM: BOZORGI V. EMVEST MORTGAGE

# UNITED STATES DISTRICT COURT, ~~CENTRAL~~ T.U SOUTHERN DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br><br>MONIREH BOZORGI | **DEFENDANTS**<br><br>EMVEST MORTGAGE FUND II, LLC, AND DOES 1-10 |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>San Diego | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):<br>San Diego |
| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>FRANSEN AND MOLINARO, LLP<br>1101 California Avenue, Suite 102<br>Corona, CA 92881 | Attorneys (If Known)<br><br>Unknown |

FILED 08 MAR 24 PM 2:58 SOUTHERN DISTRICT COURT OF CALIFORNIA  BY: CP  DEPUTY

'08 CV 0547 JAH CAB

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff        ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant        ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No      ☒ **MONEY DEMANDED IN COMPLAINT:** $ Approx. $200,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1601 et seq. and Cal. Fin. Code § 4978, for violations of the Truth in Lending Act and the Real Estate Settlement Procedures Act.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | FORFEITURE/ PENALTY | |
| ☐ 810 Selective Service | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| | | | | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 443 Housing/Acco-mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☒ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)                                       CIVIL COVER SHEET                                       ☐ ORIGINAL        Page 1 of 2

CR 149045 #350 SB 3/24/08

UNITED STATES DISTRICT COURT, ~~CENTRAL~~ S.C. SOUTHERN DISTRICT ~~OF~~ CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
MONIREH BOZORGI - SAN DIEGO

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
EMVEST MORTGAGE FUND II, LLC - SAN DIEGO

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
ALL CLAIMS - SAN DIEGO

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date: March 17, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |