Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

08 MAR 24  PH 3: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DISTRICT OF CALIFORNIA

MONIREH BOZORGI

PLAINTIFF(s)

vs

EMVEST MORTGAGE FUND II,
LLC, AND DOES 1-10

DEFENDANT(s)

DEPUTY

## SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0547 JAH CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

FRANSEN AND MOLINARO, LLP
1101 CALIFORNIA AVENUE, SUITE 102
CORONA, CA. 92881

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | 3/24/08 |
| CLERK | DATE |

By    C. PUSHMANN  Deputy Clerk

Summons in a Civil Action

COPY

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)