NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Nathan Fransen, Bar #242867
Matthew Tye, Bar #232873
FRANSEN AND MOLINARO, LLP
1101 California Avenue, Suite 102
Corona, CA 92881

FILED
08 MAR 24 PM 3:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP  DEPUTY

ATTORNEYS FOR: MONIREH BOZORGI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MONIREH BOZORGI | CASE NUMBER |
|---|---|
| Plaintiff(s), | '08 CV 0547 JAH CAB |
| v. | |
| EMVEST MORTGAGE FUND II, LLC, AND DOES 1-10 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for MONIREH BOZORGI (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| MONIREH BOZORGI | Plaintiff |
| EMVEST MORTGAGE FUND II, LLC | Defendant |
| EMERALD BAY FINANCIAL, INC. | Broker/Escrow |

3/17/08
Date

Sign

Matthew Tye
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)

ORIGINAL